Disposition of Petitions for Discretionary Review Under G.S. 7A-31

**12 June 2003**

| | | | |
|---|---|---|---|
| No. 266P03<br><br>Case below:<br><br>157 N.C. App. 365 | State v. Johnson | Def's PDR Under N.C.G.S. § 7A-31 (COA02-611) . | Denied |
| No. 210P03<br><br>Case below:<br><br>156 N.C. App. 698 | State v. Little | 1. Def's NOA Based Upon a Constitutional Question (COA02-957)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| No. 205P03<br><br>Case below:<br><br>156 N.C. App. 523 | State v. Morgan | Def's PDR Under N.C.G.S. § 7A-31 (COA02-620) | Denied |
| No. 237P03<br><br>Case below:<br><br>157 N.C. App. 143 | State v. Murray | 1. Def's NOA Based Upon a Constitutional Question (COA02-653)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Supplement NOA and PDR<br><br>4. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed<br><br>4. Allowed |
| No. 209P03<br><br>Case below:<br><br>156 N.C. App. 699 | State v. Newsome | 1. Def's NOA Based Upon a Constitutional Question (COA02-792)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| No. 068P03<br><br>Case below:<br><br>155 N.C. App. 209 | State v. Oliver | 1. Defs' NOA Based Upon a Constitutional Question (COA02-177)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| No. 269PA03<br><br>Case below:<br><br>157 N.C. App. 568 | State v. Partridge | 1. AG's Motion for Temporary Stay (COA02-1289)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/23/03**<br><br>2. Allowed<br><br>3. Allowed |
| No. 134P03<br><br>Case below:<br><br>156 N.C. App. 217 | State v. Penn | Def's PDR Under N.C.G.S. § 7A-31 (COA02-488) | Denied |